UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.: _____16-34178_____

Lawrence J. Lehmann, Jr.                                  Chapter: _____7_____

                                                          Judge: _____JNP_____

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on _____04/25/17_____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 401 Lake Boulevard<br>Clementon, NJ 08021<br>Value $148,021. |
|---|---|

| Liens on property: | Specialized Loan Servicing<br>$439,365.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Brian S. Thomas, Chapter 7 Trustee

Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-34178-JNP
Lawrence J Lehmann, Jr.                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2017
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
```
db           +Lawrence J Lehmann, Jr.,    401 Lake Blvd.,    Clementon, NJ 08021-3312
516559539    +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516559541    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516559542    +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
516559543    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
516559544    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516559546    +Navient Solutions Inc,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516559547    +Ocwen/litton,    4828 Loop Central Dr,    Houston, TX 77081-2193
516559548    +PLUESE, BECKER, & SALTZMAN, LLC,    20000 HORIZON WAY,    SUITE 900,
                Mount Laurel, NJ 08054-4318
516559549    +SPECIALIZED LOAN SERVICING,    8742 LUCENT BLVD.,    Littleton, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2017 22:51:10     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2017 22:51:07     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516559545    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2017 22:50:37     Kohls/capone,
               Po Box 3115,    Milwaukee, WI 53201-3115
516559550    +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2017 22:47:19     Syncb/walmar,    Po Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516559551      WILLIAM TOUROT,    401 LAKE BLVD.,    NJ 08082-1000
516559540    ##+Ars,   1801 Nw 66th Ave,    Fort Lauderdale, FL 33313-4571
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
```
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian  Thomas     brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Lawrence J Lehmann, Jr. ecfbc@comcast.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```