Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16–34178–JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence J Lehmann Jr.
   aka Lawrence John Lehmann Jr.
   401 Lake Blvd.
   Clementon, NJ 08021

Social Security No.:
   xxx–xx–9272

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 19, 2017</u>          <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court